UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA MENDEZ,

                Plaintiff,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 5294 (JGK) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' requested adjournment (ECF No. 104) is GRANTED. The settlement conference scheduled for April 18, 2022 is ADJOURNED to **Wednesday, June 1, 2022 at 2:30 pm**, and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 90 at 4–6) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **May 26, 2022**. The parties are reminded to include the Attendance Acknowledgement Form annexed to the Standing Order (id. at 7).

The Clerk of Court is respectfully directed to close ECF No. 14.

Dated:    New York, New York
            April 11, 2022                     SO ORDERED.

                                                              **SARAH L. CAVE**
                                                              **United States Magistrate Judge**