UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA MENDEZ,

               Plaintiff,         21-cv-5294 (JGK)

   - against -                ORDER

THE CITY OF NEW YORK, ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The time for the parties to file a revised scheduling order was November 20, 2023. To date, no revised scheduling order has been filed. The deadline to file a revised scheduling order is extended to **December 4, 2023.**

SO ORDERED.

Dated:    New York, New York
           November 27, 2023

                                           John G. Koeltl
                                  United States District Judge