UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA MENDEZ,

          Plaintiff,

-v-

THE CITY OF NEW YORK, et al.,

          Defendants.

CIVIL ACTION NO.: 21 Civ. 5294 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties shall promptly meet and confer and, by **March 8, 2024**, file a joint letter stating whether they request a settlement conference with the Court.

Dated:    New York, New York
          March 4, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**