UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA MENDEZ,

                    Plaintiff,

  -v-

THE CITY OF NEW YORK, et al.,

                    Defendants.

CIVIL ACTION NO. 21 Civ. 5294 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

At Plaintiff's request, the settlement conference scheduled for May 7, 2024 is CANCELLED.

Dated:       New York, New York
              May 2, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**