UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA MENDEZ,

              Plaintiff,

-v-

THE CITY OF NEW YORK, et al.,

              Defendants.

CIVIL ACTION NO. 21 Civ. 5294 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties shall promptly meet and confer and, by **August 23, 2024**, file a joint letter reporting on the status of their settlement discussions and stating whether they request a settlement conference with the Court.

Dated:    New York, New York
           August 9, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**