UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA MENDEZ,

                Plaintiff,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 5294 (JGK) (SLC)

**AMENDED SETTLEMENT CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request to adjourn conference (ECF No. 165) is **GRANTED in part**. The settlement conference scheduled for Thursday, December 19, 2024 at 10:00 a.m. (ECF No. 158) is **ADJOURNED** to **January 16, 2025 at 10:00 a.m.** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 158 at 5–7) remains in effect. Although some parties emailed submissions required by paragraph 4 of the Standing Order in anticipation of a settlement conference on December 19, 2024, updated submissions shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **January 10, 2025**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 8–9).

The Clerk of Court is respectfully directed to close ECF No. 165.

Dated:   New York, New York
         December 13, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2