UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA MENDEZ,                                21-cv-5294 (JGK)

              Plaintiff,            ORDER

    - against -

THE CITY OF NEW YORK, ET AL.,

              Defendants.

---

**JOHN G. KOELTL, District Judge:**

On March 29, 2024, the Court issued an Order directing the parties to advise the Court by April 4, 2024, what if any claims remain against any defendants or whether this case should be closed. ECF No. 139. No response has been filed.

The plaintiff should advise the Court by **January 24, 2025,** what if any claims against any defendant remain open. If there is no response by that date, any claim not previously dismissed will be dismissed for failure to prosecute, and this case will be closed. The defendants may respond to any such update by **January 31, 2025.**

No further extensions will be granted.

**SO ORDERED.**

Dated:  New York, New York
       January 15, 2025

                                          John G. Koeltl
                                      United States District Judge