```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**MARIA MENDEZ,**

                Plaintiff,        21-cv-5294 (JGK)

   - against -                <u>ORDER</u>

**THE CITY OF NEW YORK, ET AL.,**
                **Defendants.**
─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to report on the status of the motions for summary judgment, <u>see</u> ECF Nos. 176, 180, by **August 25, 2025.**

**SO ORDERED.**
**Dated:   New York, New York**
           **August 18, 2025**

                                    /s/ John G. Koeltl
                                        **John G. Koeltl**
                            **United States District Judge**