```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**MARIA MENDEZ,**

                **Plaintiff,**              21-cv-5294 (JGK)

      - against -                    <u>ORDER</u>

**THE CITY OF NEW YORK, ET AL.,**

                **Defendants.**

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The defendants filed their motions for summary judgment on May 1, 2025. The plaintiff was directed to respond by July 15, 2025. The plaintiff has yet to respond. The plaintiff's time to respond is extended to **September 19, 2025.** If the plaintiff responds, the defendants' time to reply is **October 10, 2025.** If the plaintiff fails to respond to the motions, the Court will consider the motions for summary judgment to be fully briefed and proceed to decide the motions.

**SO ORDERED.**
**Dated:**    **New York, New York**
             **August 20, 2025**

                                              /s/ John G. Koeltl
                                                   John G. Koeltl
                                  **United States District Judge**