UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA MENDEZ,

            Plaintiff,

- against -

THE CITY OF NEW YORK, ET AL.,

            Defendants.

---

21-cv-5294 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

All claims in this case have now been dismissed with prejudice. See ECF Nos. 138, 190.

All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:    New York, New York
           September 19, 2025

                                        John G. Koeltl
                                 United States District Judge